IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARD WIDBY, | 1:04-CV-6738 AWI DLB P |
|     Plaintiff, | |
| vs. | ORDER DENYING REQUEST FOR EXTENSION OF TIME AND ORDER DENY MOTION FOR APPOINTMENT OF COUNSEL |
| GAIL LEWIS, Warden, et al., | |
| | (DOCUMENT No. 22) |
|     Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On September 26, 2005, plaintiff filed an request for a 60-day extension of time, and also filed a motion for the appointment of counsel. Due to the fact there are no deadlines pending that apply to plaintiff at this time, plaintiff's request for an extension of time is denied.

Regarding plaintiff's motion for appointment of counsel, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in

§ 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S.

1  296, 109 S.Ct. 1814 (1989).

2           In certain exceptional circumstances, the court may request the voluntary
3  assistance
4  of counsel pursuant to 28 U.S.C. § 1915(e)(1). Without a reasonable method of securing and
5  compensating counsel, this court will seek volunteer counsel only in the most serious and
6  exceptional cases.

7           In the present case, the court does not find the required exceptional circumstances.
8  Even if it is assumed that plaintiff is not well versed in the law and that he has made serious
9  allegations which, if proved, would entitle him to relief, his case is not exceptional. This court is
10 faced with similar cases almost daily. Therefore, plaintiff's request for the appointment of
11 counsel must be denied.

12          In accordance with the above, IT IS HEREBY ORDERED THAT:

13          1. Plaintiff's request for an extension of counsel is DENIED.

14          2. Plaintiff's motion for an appointment of counsel is DENIED.

15     IT IS SO ORDERED.

16     **Dated:   October 21, 2005**                **/s/ Dennis L. Beck**
       3c0hj8                                       UNITED STATES MAGISTRATE JUDGE