1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9  JOSEPH BERNARD WIDBY,                    CV F 04-6738 AWI DLB P

10                        Plaintiff,        ORDER DISREGARDING LODGED
                                            AMENDED COMPLAINT

11        v.

12

13  GAIL LEWIS,

14                        Defendants.
    _____/

15

16        Joseph B. Widby ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

17  in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December

18  22, 2004 and service was ordered on April 15, 2005.  Defendants filed an answer on August 19,

19  2005.  On October 25, 2005, plaintiff lodged an amended complaint.  Plaintiff did not file a

20  motion for leave to file the amended complaint.  On November 8, 2005 defendants filed an

21  objection to the amended complaint.

22        Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's

23  pleading once as a matter of course at any time before a responsive pleading is served.

24  Otherwise, a party may amend only by leave of the court or by written consent of the adverse

25  party, and leave shall be freely given when justice so requires.  Fed. R. Civ. Pro. 15(a).  In this

26  case, a responsive pleading has been served.  Therefore, plaintiff may not file an amended

27  complaint without leave of the court.

28        Accordingly, the amended complaint lodged on October 25, 2005 is HEREBY

1

1    DISREGARDED.

2

3          IT IS SO ORDERED.

4      **Dated:**    **November 9, 2005**            _____/s/ **Dennis L. Beck**_____
       3c0hj8                                       UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28