# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH BERNARD WIDBY, | | CV F 04-6738 AWI DLB P |
| | Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS FOR SUBPOENA AND STAY |
| v. | | |
| GAIL LEWIS, | | |
| | Defendants. | |

Joseph B. Widby ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 16, 2006, defendants field a motion for summary judgment. Plaintiff has now filed a request to stay the motion on the grounds that he requires production of his medical records in order to oppose the motion. *See* Document No. 41. Plaintiff also requests the issuance of a subpoena duces tecum directed to Pleasant Valley State Prison Health Care Service Department for production of plaintiff's medical records. *See* Document No. 39.

Defendants are HEREBY ORDERED to respond to plaintiff's motions within 15 days of this order. In their response, defendants must specifically address their willingness to produce the documents requested to plaintiff and enter into a stipulation regarding their authenticity for use in opposing the motion for summary judgment and trial.

IT IS SO ORDERED.

| | | |
|---|---|---|
| 1 | **Dated:  August 14, 2006** | **/s/ Dennis L. Beck** |
| | 3c0hj8 | UNITED STATES MAGISTRATE JUDGE |