UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARD WIDBY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>GAIL LEWIS, et al.,<br><br>　　　Defendants. | 1:04-cv-6738 AWI DLB P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #40) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2006, plaintiff filed a motion to extend time to reply to the opposition to the motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty days from the date of service of this order in which to file his reply to the opposition to the motion for summary judgment.

　　　IT IS SO ORDERED.

**Dated:　September 22, 2006**　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE