UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH BERNARD WIDBY, | ) | 1:04-CV-6738 AWI DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #47) |
| GAIL LEWIS, et al., | ) ) | |
| Defendants. | ) ) ) | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 29, 2006, plaintiff filed a second request/motion to extend time to reply to the opposition to the motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file his reply to the opposition to the motion for summary judgment.

    IT IS SO ORDERED.

Dated: **November 1, 2006**                    **/s/ Dennis L. Beck**
3c0hj8                                                          UNITED STATES MAGISTRATE JUDGE