IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WIDBY,             )<br>                          )<br>       Plaintiff,        )<br>                          )<br>vs.                       )<br>                          )<br>HESSELTINE, et al.,       )<br>                          )<br>       Defendants.        )<br>_____) | 1:04-cv-06738-AWI-DLB-P<br><br>**FINDINGS AND RECOMMENDATION RE DISMISSAL OF DEFENDANT KIM** (Doc. 54) |

    Plaintiff, Joseph Widby ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On November 15, 2006, the court issued an order requiring plaintiff to show cause why defendant Kim should not be dismissed from this action, within fifteen (15) days from the date of service of that order.  The fifteen-day period has passed, and plaintiff has failed to comply with or otherwise respond to the court's order.

    Local Rule 11-110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

1

    The court's order of November 15, 2006, expressly stated: "The failure to respond to this order or the failure to show cause will result in a recommendation that defendant Kim be dismissed from this action." Thus, plaintiff had adequate warning that dismissal of defendant Kim would result from non-compliance with the court's order.

    Accordingly, the court HEREBY RECOMMENDS that defendant Kim be DISMISSED from this action based on plaintiff's failure to obey the court's order of November 15, 2006.

    These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **twenty (20) days** after being served with these Findings and Recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

    IT IS SO ORDERED.

**Dated:** **December 15, 2006**          **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE

2