IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WIDBY,<br><br>　　　　Plaintiff,<br>　v.<br><br>GAIL LEWIS, et al.,<br><br>　　　　Defendants. | CIV F 04-6738 AWI DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND REFERRING MATTER TO MAGISTRATE JUDGE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 20, 2007, the Magistrate Judge filed Findings and Recommendations that recommended the court deny Defendant Hesseltine's motion for summary judgment and grant Defendant Kushner's motion for summary judgment. These Findings and Recommendations were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within twenty (20) days.[1] No party has filed objections to the

---

[1] The United States Postal Service returned the Findings and Recommendations as undeliverable on March 15, 2007. A notation on the envelope indicates that plaintiff cannot be located. Prior to the March 15, 2007 return, on February 26, 2007, the United States Postal Service returned an order adopting a different set of Findings and Recommendations. A notation on that envelope indicates that the letter was not deliverable as addressed. Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully

Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a *de novo* review of this case.    Having reviewed the entire file, the court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued February 12, 2007, are ADOPTED IN FULL;
2. Defendant Hesseltine's Motion for Summary Judgment is DENIED;
3. Defendant Kushner's Motion for Summary Judgment is GRANTED; and
4. This action is REFERRED to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:     March 22, 2007**  
0m8i78                                    **/s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE

---

effective.  Local Rule 83-182(f).

2