# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH B. WIDBY, | CASE NO. 1:04-CV-06738-AWI-DLB-P |
| Plaintiff, | ORDER RE: MOTIONS TO COMPEL |
| v. | |
| LEWIS, et.al., | [Docs. #48 & 52] |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 16, 2006, plaintiff filed two identical motions to compel pursuant to Federal Rules of Civil Procedure 37(a) and 26(b)(5).  (Docs. 48 & 52). Defendants' Hassletine and Kushner filed an opposition on October 18, 2006. (Doc. 51).

In his motion, plaintiff contends that the parties have failed to respond to his discovery requests and that he is unable to resolve disputed facts on his own.  He also alleges that the responses received have been evasive and incomplete and that the defendants produced a privilege log listing the documents that they refuse to produce.

In the opposition, the defendants indicate that the sole discovery propounded was a request for production of documents on October 13, 2005, and they timely responded to that request.[1]  They also allege that the request for discovery was untimely.

Plaintiff's motion to compel shall be denied.  He does not articulate with specificity what

---

[1] Defendant Hasseltine filed a motion for summary judgment which was subsequently granted.

1

the discovery dispute is, or how the defendants have not complied. Furthermore, in response, defendants indicated that the only discovery requested by plaintiff was for production of documents and they timely complied.  For the foregoing reasons, plaintiff's motions to compel are DENIED without prejudice to renewing it by showing with specificity how defendants have failed to respond to discovery requests .

IT IS SO ORDERED.

**Dated:**   **September 12, 2007**              **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE