IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOSEPH BERNARD WIDBY,** | ) | 1: 04-CV-6738 AWI DLB P |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS |
| v. | ) | AND RECOMMENDATIONS |
| **GAIL LEWS, et al.,** | ) | ORDER DISMISSING ACTION FOR |
| Defendants. | ) | FAILURE TO PROSECUTE |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. section 1983.  On September 19, 2007, the court issued an order to show cause why this case should not be dismissed for Plaintiff's failure to comply with the court's order that he file a pretrial statement.   When Plaintiff failed to respond to the order to show cause or otherwise contact the court, on October 23, 2007, the Magistrate Judge filed Findings and Recommendations that recommended this action be dismissed for Plaintiff's failure to comply with court orders and prosecute this action.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 23, 2007 are adopted in full;
2. This action is DISMISSED with prejudice for Plaintiff's failure to comply with court orders and failure to prosecute; and
3. The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   November 30, 2007**          /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

2